FILED
 2011 Oct-24  PM 02:45
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| RICHARD TERAN JAIMES, | ] |
| Petitioner, | ] |
| v. | ]   6:11-cv-3323-LSC-RRA |
| SHERIFF JOHN MARK TIREY, et al., | ] |
| Respondents. | ] |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation in this case on September 20, 2011, recommending that Mr. Jaimes's petition for writ of habeas corpus be dismissed for failure to state a habeas claim. (Doc. 2.) No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

Done this 24th day of October 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458