FILED
2011 Oct-24 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| RICHARD TERAN JAIMES, | ] |
| Petitioner, | ] |
| v. | ]    6:11-cv-3323-LSC-RRA |
| SHERIFF JOHN MARK TIREY, et al., | ] |
| Respondents. | ] |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

Done this 24th day of October 2011.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458